**Attorney(s) :** Helen F Dalton & Associates PC
**Index # :** cv-00534-RML
**Purchased/Filed :** January 30, 2026
**State of : New York**
**Court :** U.S. District
**County/District :** Eastern Dist.

P26046939

# AFFIRMATION OF SERVICE - SECRETARY OF STATE

Yoverly Nuaman Cruz et al,

Plaintiff(s)

against

Legacy Contractor NYC LLC et al,

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:** Approx. Age: 30 Yrs

Weight: 190 Lbs Height: 6'0" Gender: Male Race: White

Hair color: Brown Other: ______

**Robert Guyette** ______, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **February 4, 2026** , at **3:05 PM** , at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**SUMMONS & COMPLAINT CIVIL COVER SHEET**

on

**Rise Concrete LLC**,

the Defendant in this action, by delivering to and leaving with **Bryan Millner** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

I affirm on **February 4, 2026**, under penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document maybe filed in an action or proceeding in a court of law.

X______________________
Robert Guyette

**Invoice·Work Order #** 2604094
Attorney File # **26046939**