NJSUBMILAFFIRM - SUITABLE AT BUSINESS AFFIRMATION

P26046806

**HELEN F. DALTON & ASSOCIATES, P.C** Michael Avelino

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

YOVERLY NUAMAN CRUZ, ETAL

PLAINTIFF

\- vs -

LEGACY CONTRACTOR NYC LLC, ETAL

DEFENDANT

index No. **1:26-cv-00534-RML**
Date Filed
Office No. **2023-L137**
Court Date.

STATE OF NEW JERSEY, COUNTY OF UNION :SS:

**ANABELA PINTO** affirms, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New Jersey. That on the **07TH** day of **FEBRUARY, 2026** **3:15PM** at

**315 WASHINGTON ST**
**CARLSTADT NJ 07072**

I served the **CIVIL COVER SHEET, SUMMONS AND COMPLAINT**
upon **JOSE ALVAREZ**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **Delia, CO-HABITANT**
a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

GENDER: **FEMALE** PERCEIVED RACE: **HISPANIC OR LATINO** HAIR: **BROWN**
APP.AGE: **40** APP. HT: **5" 3** APP. WT: **155**
OTHER IDENTIFYING FEATURES

On **02/12/2026** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being **upon information and belief, the usual place of abode, last known residence of the DEFENDANT**.

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**WHEREFORE**, I affirm this **12TH** day of **FEBRUARY, 2026** under the penalties of perjury under the laws of the state of New York, which may include a fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law

ANABELA PINTO
Lexitas
219 South Street, STE 102
New Providence, NJ 07974
908-897-0273
Client File Number: 2023-L137
HELEN F. DALTON & ASSOCIATES, P.C