NJDoorMailAffirm - DOOR MAILING AFFIRMATION

P26046756

**HELEN F. DALTON & ASSOCIATES, P.C** Michael Avelino
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOVERLY NUAMAN CRUZ, ETAL<br><br>PLAINTIFF<br>- vs -<br>LEGACY CONTRACTOR NYC LLC, ETAL<br>DEFENDANT | index No. **1:26-cv-00534-RML**<br>Date Filed<br>Office No. **2023-L137**<br>Court Date. |

STATE OF NEW JERSEY, COUNTY OF UNION :SS:

**I, RICARDO GONCALVES** affirm; I am over 18 years of age, not a party to this action, and reside in the State of New Jersey. That on the **06TH** day of **MARCH, 2026 12:36PM** at
**1271 COOPER RD**
**SCOTCH PLAINS NJ 07076**
I attempted to make personal service of a true copy or copies of the
**CIVIL COVER SHEET, SUMMONS AND COMPLAINT**
in the above entitled action upon **BARRY PHILIP CALDWELL**
**the DEFENDANT** therein named.

I made prior diligent efforts to effect personal service upon the said **DEFENDANT** at the above address to wit: **02/04/2026, 12:35PM 02/07/2026, 9:33AM 02/09/2026, 7:01PM**
That personal service could not be made with due diligence upon the said **DEFENDANT** and therefore on the **06TH** day of **MARCH, 2026 at 12:36PM** at the above address, I served a true copy of the aforementioned document(s) herein upon the said **DEFENDANT BARRY PHILIP CALDWELL**
by affixing the same to the door of **the usual place of abode of the DEFENDANT** since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive same, true copy thereof.

On **03/10/2026** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address.
That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS: POSTED TO FRONT BLACK AND GLASS DOOR.**
**WHEREFORE**, I affirm this **10TH** day of **MARCH, 2026** under the penalties of perjury under the laws of the state of New York, which may include a fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law

Lexitas
219 South Street, STE 102
New Providence, NJ 07974
908-897-0273

RICARDO GONCALVES
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Client File Number: 2023-L137
HELEN F. DALTON & ASSOCIATES, P.C