UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

YOVERLY NUAMAN CRUZ, JOSE CARLOS DE OLIVEIRA, JOSE ALEXI VIGIL ARGUETA, ROBERTO SHULQUI, SANTOS WILMER ARGUETA VIGIL, ROBERTO ISAIAS ORTIZ VIVANCO, OMAR EDUCARDO BALTEZAR MOTA, LUIS FLORESMILO SIMBA BARRIONUEVO, JULIO CESAR FARIAS MEDINA, JUAN ELIAS CHANCHICOCHA CHANGOLUISA, JORGE R LLUMITASIG SILLAGANA, HOLGUER ESTUARDO CHANCHICOCHA PULLUTASI CIUDADANIA, ESCALONA GUILLERMO, GILBER HUAMAN VASQUEZ, GEOVANNY PATRICIO ZOTO AYALA, FRANKLIN ARMANDO IZA TIPANQUIZA, ESTEBAN E. LOPEZ CASIA, EMERSON ALTAMIRANO VASQUEZ, ELIMAR J. FIGUEIREDO OLIVEIRA, EFRAIN BO MAAS, EDWIN FABIAN JATI IZA SALCEDO, DILMER ALTAMIRANO SALOMA, DEIMAN VASQUEZ RIMARACHI, LUIS IVAN GUACHAMBALA CHIMBO, CESAR OSWALDO VIVAS ICHAPANTA, CELSO AJXUP CAGUAY, CARLOS VIVANCO CARRILLO, CARLA PATRICIA ARCOS JACOME, ALDO TOME, LUIS FABIAN CHACHA SHULQUI, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

LEGACY CONTRACTOR NYC LLC, KLSCONTRACTORS1 LLC, RISE CONCRETE LLC, RISE DEVELOPMENT PARTNERS, LLC and BARRY PHILIP CALDWELL, JOSE ALVAREZ and MARTIN J. BRUTON, as individuals,

Defendants.
-------------------------------------------------------------------X

Civil Docket No.:
1:26-cv-00534-RML

**REQUEST FOR CERTIFICATE OF DEFAULT**

**TO: BRENNA B. MAHONEY**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Please enter the default of the Defendants, LEGACY CONTRACTOR NYC LLC, KLSCONTRACTORS1 LLC, RISE CONCRETE LLC, RISE DEVELOPMENT

PARTNERS, LLC and BARRY PHILIP CALDWELL, JOSE ALVAREZ and MARTIN J. BRUTON, as individuals, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action, as fully appears from the court file herein, and from the attached affirmation of Roman Avshalumov, Esq.

Dated: Kew Gardens, New York
April 17, 2026

Roman Avshalumov, Esq.
Helen F. Dalton & Associates, P.C.
*Attorneys for Plaintiffs*
80-02 Kew Gardens Road, Suite 601
Kew Gardens, New York 11415
Tel.: (718) 263-9591
Email: avshalumovr@yahoo.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

YOVERLY NUAMAN CRUZ, JOSE CARLOS DE OLIVEIRA, JOSE ALEXI VIGIL ARGUETA, ROBERTO SHULQUI, SANTOS WILMER ARGUETA VIGIL, ROBERTO ISAIAS ORTIZ VIVANCO, OMAR EDUCARDO BALTEZAR MOTA, LUIS FLORESMILO SIMBA BARRIONUEVO, JULIO CESAR FARIAS MEDINA, JUAN ELIAS CHANCHICOCHA CHANGOLUISA, JORGE R LLUMITASIG SILLAGANA, HOLGUER ESTUARDO CHANCHICOCHA PULLUTASI CIUDADANIA, ESCALONA GUILLERMO, GILBER HUAMAN VASQUEZ, GEOVANNY PATRICIO ZOTO AYALA, FRANKLIN ARMANDO IZA TIPANQUIZA, ESTEBAN E. LOPEZ CASIA, EMERSON ALTAMIRANO VASQUEZ, ELIMAR J. FIGUEIREDO OLIVEIRA, EFRAIN BO MAAS, EDWIN FABIAN JATI IZA SALCEDO, DILMER ALTAMIRANO SALOMA, DEIMAN VASQUEZ RIMARACHI, LUIS IVAN GUACHAMBALA CHIMBO, CESAR OSWALDO VIVAS ICHAPANTA, CELSO AJXUP CAGUAY, CARLOS VIVANCO CARRILLO, CARLA PATRICIA ARCOS JACOME, ALDO TOME, LUIS FABIAN CHACHA SHULQUI, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

LEGACY CONTRACTOR NYC LLC, KLSCONTRACTORS1 LLC, RISE CONCRETE LLC, RISE DEVELOPMENT PARTNERS, LLC and BARRY PHILIP CALDWELL, JOSE ALVAREZ and MARTIN J. BRUTON, as individuals,

Defendants.

-------------------------------------------------------------------X

Civil Docket No.:
1:26-cv-00534-RML

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

Roman Avshalumov, Esq., hereby declares as follows:

1. I am the attorney for the Plaintiffs, YOVERLY NUAMAN CRUZ, JOSE CARLOS DE OLIVEIRA, JOSE ALEXI VIGIL ARGUETA, ROBERTO SHULQUI, SANTOS WILMER ARGUETA VIGIL, ROBERTO ISAIAS ORTIZ VIVANCO, OMAR

EDUCARDO BALTEZAR MOTA, LUIS FLORESMILO SIMBA BARRIONUEVO, JULIO CESAR FARIAS MEDINA, JUAN ELIAS CHANCHICOCHA CHANGOLUISA, JORGE R LLUMITASIG SILLAGANA, HOLGUER ESTUARDO CHANCHICOCHA PULLUTASI CIUDADANIA, ESCALONA GUILLERMO, GILBER HUAMAN VASQUEZ, GEOVANNY PATRICIO ZOTO AYALA, FRANKLIN ARMANDO IZA TIPANQUIZA, ESTEBAN E. LOPEZ CASIA, EMERSON ALTAMIRANO VASQUEZ, ELIMAR J. FIGUEIREDO OLIVEIRA, EFRAIN BO MAAS, EDWIN FABIAN JATI IZA SALCEDO, DILMER ALTAMIRANO SALOMA, DEIMAN VASQUEZ RIMARACHI, LUIS IVAN GUACHAMBALA CHIMBO, CESAR OSWALDO VIVAS ICHAPANTA, CELSO AJXUP CAGUAY, CARLOS VIVANCO CARRILLO, CARLA PATRICIA ARCOS JACOME, ALDO TOME, LUIS FABIAN CHACHA SHULQUI, individually and on behalf of all others similarly situated ("Plaintiffs") in this action.

2. This action commenced pursuant to Plaintiffs' filing of the Summons and class/collective action Complaint on January 30, 2026.

3. The time for the Defendants, LEGACY CONTRACTOR NYC LLC, KLSCONTRACTORS1 LLC, RISE CONCRETE LLC, RISE DEVELOPMENT PARTNERS, LLC and BARRY PHILIP CALDWELL, JOSE ALVAREZ and MARTIN J. BRUTON, as individuals, to answer or otherwise move with respect to the Complaint herein has expired, without any extension request being made.

4. According to the Affidavits of Service filed on the Court's docket, corporate Defendants, LEGACY CONTRACTOR NYC LLC, KLSCONTRACTORS1 LLC, RISE CONCRETE LLC, RISE DEVELOPMENT PARTNERS, LLC were duly served with process on February 4, 2026, via the Office of the Secretary of State, pursuant to N.Y.

Business Corporation Law § 306, by delivering to and leaving with Bryan Millner, Authorized Agent in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York. Proofs of service were filed on February 11, 2026 and the corporate defendants were required to appear, interpose an answer, retain counsel, or otherwise defend in this matter by February 25, 2026. To date, the corporate Defendants have failed to do so. *See* Dkt. Nos. 9, 10, 11 & 12, respectively.

5. Individual Defendant, JOSE ALVAREZ was duly served with process on February 7, 2026, at the Defendant's usual place of abode and last known residence located at 315 Washington St, Carlstadt NJ 07072, by personal delivery of Plaintiffs' Summons and Complaint, personally received by Delis, co-habitant, a person of suitable age and discretion and proof of service was filed on February 13, 2026. *See* Dkt. No. 13. The individual Defendant was also effectuated with service via follow-up mailing there on February 12, 2026 as well, via United States First-Class Mailing to the usual place of abode and last known residence of the Defendant. *Id.*

6. Individual Defendant, BARRY PHILIP CALDWELL was served with process on March 6, 2026, at the Defendant's usual place of abode and last known residence located at 1271 Cooper Rd, Scotch Plains, NJ 07076, leaving a true copy of the aforementioned documents, after prior diligent efforts to effect personal service, by affixing the same to the door since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive the same, and proof of service was filed on March 16, 2026. *See* Dkt. No. 14. Individual Defendant BARRY PHILIP CALDWELL was also effectuated with service via follow-up mailing

there on March 10, 2026 as well, via United States First-Class Mailing to the usual place of abode, and last known residence of the Defendant. *Id.*

7. Individual Defendant, MARTIN J. BURTON was duly served with process on March 12, 2026, at the Defendant's usual place of abode and last known residence located at 23114 64th Ave, F1, Oakland Gardens NY 11364, by personal delivery of Plaintiffs' Summons and Complaint, personally received by Jane Doe, (refused full name), a person of suitable age and discretion and proof of service was filed on March 23, 2026. *See* Dkt. No. 15. The individual Defendant was also effectuated with service via follow-up mailing there on March 20, 2026 as well, via United States First-Class Mailing to the usual place of abode and last known residence of the Defendant. *Id.*

8. Based on the above dates of service, individual Defendants JOSE ALVAREZ, BARRY PHILIP CALDWELL and MARTIN J. BURTON, were therefore required to appear, interpose an answer, retain counsel, or otherwise defend in this matter, by March 2, 2026, March 27, 2026 and April 2, 2026, respectively, and to date, the Defendants have failed to do so. *See* Dkt. Nos. 13, 14 & 15.

9. At the time of service to individual defendants JOSE ALVAREZ and MARTIN J. BURTON, as aforesaid, process server asked the recipients whether the defendants are/were in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief and based upon the conversation and observation as aforesaid, Defendants JOSE ALVAREZ, BARRY PHILIP CALDWELL and MARTIN J. BURTON are not in the military service and are not dependent on anyone in the military service of the United States Government or the State of New York. *See* Dkt. Nos. 13, 14 & 15.

10. To date, *All* Defendants have failed to respond, appear, or otherwise defend in this matter, and the time for Defendants to answer or otherwise move has not been extended.

11. That Defendants, LEGACY CONTRACTOR NYC LLC, KLSCONTRACTORS1 LLC, RISE CONCRETE LLC, RISE DEVELOPMENT PARTNERS, LLC, are not infants nor incompetent.

12. Defendants BARRY PHILIP CALDWELL, JOSE ALVAREZ and MARTIN J. BRUTON, as individuals, are not infants nor incompetent; BARRY PHILIP CALDWELL, JOSE ALVAREZ and MARTIN J. BRUTON, as individuals, are the adult, competent owners of the corporate defendant entities sued herein.

13. Defendants, BARRY PHILIP CALDWELL, JOSE ALVAREZ and MARTIN J. BRUTON, as individuals, are not presently in the military service of the United States, as appears from facts in this litigation.

**WHEREFORE**, the Plaintiffs respectfully request that the default of the Defendants, LEGACY CONTRACTOR NYC LLC, KLSCONTRACTORS1 LLC, RISE CONCRETE LLC, RISE DEVELOPMENT PARTNERS, LLC and BARRY PHILIP CALDWELL, JOSE ALVAREZ and MARTIN J. BRUTON, as individuals, be noted, and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to Plaintiffs, and that no part thereof has been paid by any of the Defendants.

Dated: Kew Gardens, New York
April 17, 2026

*Roman Avshalumov*

Roman Avshalumov, Esq.
Helen F. Dalton & Associates, P.C.
*Attorneys for Plaintiffs*
80-02 Kew Gardens Road, Suite 601
Kew Gardens, New York 11415
Tel.: (718) 263-9591
Email: avshalumovr@yahoo.com

With Service to: *via USPS Mailing*

**LEGACY CONTRACTOR NYC LLC**
25-52 Crescent Street, Astoria, New York, 11102

**KLSCONTRACTORS1 LLC**
217 North Highland Avenue, Apt 1317, Ossining, New York, 10562

**RISE CONCRETE LLC**
430 3rd Avenue, Brooklyn, New York 11215-3117

**RISE DEVELOPMENT PARTNERS, LLC**
430 3rd Avenue, Brooklyn, New York 11215-3117

**BARRY PHILIP CALDWELL**
1271 Cooper Rd, Scotch Plains, NJ 07076

**JOSE ALVAREZ**
315 Washington St, Carlstadt NJ 07072

**MARTIN J. BRUTON**
23114 64th Ave, F1, Oakland Gardens NY 11364

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

YOVERLY NUAMAN CRUZ, JOSE CARLOS DE OLIVEIRA, JOSE ALEXI VIGIL ARGUETA, ROBERTO SHULQUI, SANTOS WILMER ARGUETA VIGIL, ROBERTO ISAIAS ORTIZ VIVANCO, OMAR EDUCARDO BALTEZAR MOTA, LUIS FLORESMILO SIMBA BARRIONUEVO, JULIO CESAR FARIAS MEDINA, JUAN ELIAS CHANCHICOCHA CHANGOLUISA, JORGE R LLUMITASIG SILLAGANA, HOLGUER ESTUARDO CHANCHICOCHA PULLUTASI CIUDADANIA, ESCALONA GUILLERMO, GILBER HUAMAN VASQUEZ, GEOVANNY PATRICIO ZOTO AYALA, FRANKLIN ARMANDO IZA TIPANQUIZA, ESTEBAN E. LOPEZ CASIA, EMERSON ALTAMIRANO VASQUEZ, ELIMAR J. FIGUEIREDO OLIVEIRA, EFRAIN BO MAAS, EDWIN FABIAN JATI IZA SALCEDO, DILMER ALTAMIRANO SALOMA, DEIMAN VASQUEZ RIMARACHI, LUIS IVAN GUACHAMBALA CHIMBO, CESAR OSWALDO VIVAS ICHAPANTA, CELSO AJXUP CAGUAY, CARLOS VIVANCO CARRILLO, CARLA PATRICIA ARCOS JACOME, ALDO TOME, LUIS FABIAN CHACHA SHULQUI, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

LEGACY CONTRACTOR NYC LLC, KLSCONTRACTORS1 LLC, RISE CONCRETE LLC, RISE DEVELOPMENT PARTNERS, LLC and BARRY PHILIP CALDWELL, JOSE ALVAREZ and MARTIN J. BRUTON, as individuals,

Defendants.
---------------------------------------------------------------------X

Civil Docket No.:
1:26-cv-00534-RML

**CERTIFICATE OF DEFAULT**

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants, LEGACY CONTRACTOR NYC LLC, KLSCONTRACTORS1 LLC, RISE CONCRETE LLC, RISE DEVELOPMENT PARTNERS, LLC and BARRY PHILIP CALDWELL, JOSE ALVAREZ and MARTIN J. BRUTON, as individuals, have not filed an answer or

otherwise moved with respect to the Complaint herein. The default of Defendants, LEGACY CONTRACTOR NYC LLC, KLSCONTRACTORS1 LLC, RISE CONCRETE LLC, RISE DEVELOPMENT PARTNERS, LLC and BARRY PHILIP CALDWELL, JOSE ALVAREZ and MARTIN J. BRUTON, as individuals, are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____________, New York
_____________, 2026

BRENNA B. MAHONEY, Clerk of Court

By: ___________________________
Deputy Clerk