UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

YOVERLY NUAMAN CRUZ, JOSE CARLOS DE OLIVEIRA, JOSE ALEXI VIGIL ARGUETA, ROBERTO SHULQUI, SANTOS WILMER ARGUETA VIGIL, ROBERTO ISAIAS ORTIZ VIVANCO, OMAR EDUCARDO BALTEZAR MOTA, LUIS FLORESMILO SIMBA BARRIONUEVO, JULIO CESAR FARIAS MEDINA, JUAN ELIAS CHANCHICOCHA CHANGOLUISA, JORGE R LLUMITASIG SILLAGANA, HOLGUER ESTUARDO CHANCHICOCHA PULLUTASI CIUDADANIA, ESCALONA GUILLERMO, GILBER HUAMAN VASQUEZ, GEOVANNY PATRICIO ZOTO AYALA, FRANKLIN ARMANDO IZA TIPANQUIZA, ESTEBAN E. LOPEZ CASIA, EMERSON ALTAMIRANO VASQUEZ, ELIMAR J. FIGUEIREDO OLIVEIRA, EFRAIN BO MAAS, EDWIN FABIAN JATI IZA SALCEDO, DILMER ALTAMIRANO SALOMA, DEIMAN VASQUEZ RIMARACHI, LUIS IVAN GUACHAMBALA CHIMBO, CESAR OSWALDO VIVAS ICHAPANTA, CELSO AJXUP CAGUAY, CARLOS VIVANCO CARRILLO, CARLA PATRICIA ARCOS JACOME, ALDO TOME, LUIS FABIAN CHACHA SHULQUI, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

LEGACY CONTRACTOR NYC LLC, KLSCONTRACTORS1 LLC, RISE CONCRETE LLC, RISE DEVELOPMENT PARTNERS, LLC and BARRY PHILIP CALDWELL, JOSE ALVAREZ and MARTIN J. BRUTON, as individuals,

Defendants.
--------------------------------------------------------------------X

Civil Docket No.:
1:26-cv-00534-RML

**CERTIFICATE OF DEFAULT**

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants, <u>LEGACY CONTRACTOR NYC LLC, KLSCONTRACTORS1 LLC, RISE CONCRETE LLC, RISE DEVELOPMENT PARTNERS, LLC and BARRY PHILIP CALDWELL, JOSE ALVAREZ and MARTIN J. BRUTON, as individuals</u>, have not filed an answer or

otherwise moved with respect to the Complaint herein. The default of Defendants, LEGACY CONTRACTOR NYC LLC, KLSCONTRACTORS1 LLC, RISE CONCRETE LLC, RISE DEVELOPMENT PARTNERS, LLC and BARRY PHILIP CALDWELL, JOSE ALVAREZ and MARTIN J. BRUTON, as individuals, are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
April 20, 2026

BRENNA B. MAHONEY, Clerk of Court

By: J. Poveda
Deputy Clerk