UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

YOVERLY NUAMAN CRUZ, JOSE CARLOS DE OLIVEIRA, JOSE ALEXI VIGIL ARGUETA, ROBERTO SHULQUI, SANTOS WILMER ARGUETA VIGIL, ROBERTO ISAIAS ORTIZ VIVANCO, OMAR EDUCARDO BALTEZAR MOTA, LUIS FLORESMILO SIMBA BARRIONUEVO, JULIO CESAR FARIAS MEDINA, JUAN ELIAS CHANCHICOCHA CHANGOLUISA, JORGE R LLUMITASIG SILLAGANA, HOLGUER ESTUARDO CHANCHICOCHA PULLUTASI CIUDADANIA, ESCALONA GUILLERMO, GILBER HUAMAN VASQUEZ, GEOVANNY PATRICIO ZOTO AYALA, FRANKLIN ARMANDO IZA TIPANQUIZA, ESTEBAN E. LOPEZ CASIA, EMERSON ALTAMIRANO VASQUEZ, ELIMAR J. FIGUEIREDO OLIVEIRA, EFRAIN BO MAAS, EDWIN FABIAN JATI IZA SALCEDO, DILMER ALTAMIRANO SALOMA, DEIMAN VASQUEZ RIMARACHI, LUIS IVAN GUACHAMBALA CHIMBO, CESAR OSWALDO VIVAS ICHAPANTA, CELSO AJXUP CAGUAY, CARLOS VIVANCO CARRILLO, CARLA PATRICIA ARCOS JACOME, ALDO TOME, LUIS FABIAN CHACHA SHULQUI, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

LEGACY CONTRACTOR NYC LLC, KLSCONTRACTORS1 LLC, RISE CONCRETE LLC, RISE DEVELOPMENT PARTNERS, LLC and BARRY PHILIP CALDWELL, JOSE ALVAREZ and MARTIN J. BRUTON, as individuals,

Defendants.

------------------------------------------------------------------X

Civil Docket No.:
1:26-cv-00534-RML

**AFFIRMATION OF SERVICE**

Roman Avshalumov, Esq., affirms the truth of the following under the penalty of perjury:

That I am not a party in the action, am over the age of eighteen (18) years, and residing at Queens, New York. On April 21, 2026, I served the following documents upon LEGACY CONTRACTOR NYC LLC, KLSCONTRACTORS1 LLC, RISE CONCRETE LLC, RISE

DEVELOPMENT PARTNERS, LLC and BARRY PHILIP CALDWELL, JOSE ALVAREZ and MARTIN J. BRUTON, as individuals:

**(1) Certificate of Default against all Defendants, entered April 20, 2026;**

***via* United States Postal Mailing**; by depositing true and correct copies thereof into a post-paid wrapper, in an official depository under the exclusive care and custody of a USPS Service located within the State of New York, and *addressed to the defendants' place of business, usual place of abode and last known residence of the individual defendants.*

**LEGACY CONTRACTOR NYC LLC**
25-52 Crescent Street, Astoria, New York, 11102

**KLSCONTRACTORS1 LLC**
217 North Highland Avenue, Apt 1317, Ossining, New York, 10562

**RISE CONCRETE LLC**
430 3rd Avenue, Brooklyn, New York 11215-3117

**RISE DEVELOPMENT PARTNERS, LLC**
430 3rd Avenue, Brooklyn, New York 11215-3117

**BARRY PHILIP CALDWELL**
1271 Cooper Rd, Scotch Plains, NJ 07076

**JOSE ALVAREZ**
315 Washington St, Carlstadt NJ 07072

**MARTIN J. BRUTON**
23114 64th Ave, F1, Oakland Gardens NY 11364

Dated: April 21, 2026
Kew Gardens, New York

Roman Avshalumov

Roman Avshalumov, Esq.
**HELEN F. DALTON & ASSOCIATES, P.C.**
Attorneys for the Plaintiffs
80-02 Kew Gardens Road Suite 601
Kew Gardens, New York 11415
Tel: 718-263-9591