P26824061

**HELEN F. DALTON & ASSOCIATES, P.C** Michael Avelino
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOVERLY NUAMAN CRUZ, ETAL<br>PLAINTIFF<br>- vs -<br>LEGACY CONTRACTOR NYC LLC, ETAL<br>DEFENDANT | index No. **1:26-cv-00534-RML**<br>Date Filed<br>Office No. **2023-L137**<br>Court Date. |

**I, ELIANA CASTELLANO** state under the penalties of perjury which may include a fine or imprisonment, that the following is true:
I have been requested by **HELEN F. DALTON & ASSOCIATES, P.C**. Attorney for the **PLAINTIFF** to make an investigation to ascertain if the **DEFENDANT BARRY PHILIP CALDWELL, D.O.B.: 08/XX/1980** is at the present time in military service. On the **29TH** day of **APRIL, 2026**, I made a request on the official website

**www.dmdc.osd.mil ("Website")**
**DEPARTMENT OF DEFENSE - MANPOWER DATA CENTER**
**4800 MARK CENTER DRIVE, SUITE 04E25**
**ARLINGTON VA 22350**

and provided the Website with the Social Security Number and/or Date of Birth with my request. The source or basis of my knowledge of Defendant's Social Security Number and/or Date of Birth is from information provided to me by the Plaintiff's attorney who confirmed that this information is of this specific Defendant and not another with the same name.

I received the attached correspondence from **SAM YOUSEFZADEH , DIRECTOR** indicating that said **DEFENDANT** was not in the military service of the United States or of the State of New York, had not been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, had not been ordered to report for military service as a member of the Enlisted Reserve Corps, was not serving with the forces of any nation allied with the United States in the prosecution of the war and was not receiving any training or education under the supervision of the United States preliminary to induction.

From the facts set forth, I am convinced that the said **DEFENDANT** is not in the military service at the present time.

I further state that I have read and am familiar with the Act of Congress known as the Soldiers and Sailers Civil Relief Act of 1940, as amended, and am particularly familiar with the sections of said Act which define persons in military service. I further state that I have read and am familiar with the New York Soldiers and Sailers Civil Relief Act of 1951, and am particularly familiar with the section of said Act which defines persons in military service.

**COMMENTS:**

I AFFIRM THIS **05TH** DAY OF **MAY, 2026** UNDER PENALTIES OF PERJURY UNDER THE LAWS OF NEW YORK, WHICH MAY INCLUDE FINE OR IMRPRISONMENT, THAT THE FOREGOING IS TRUE, AND I UNDERSTAND THAT THIS DOCUMENT MAY BE FILED IN AN ACTION OR PROCEEDING IN A COURT OF LAW.

ELIANA CASTELLANO
Lexitas #2098109-DCA
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-HFD-26824061

Results as of : Apr-29-2026 04:16:43 PM EDT

SCRA 5.28

# Status Report
# Pursuant to Servicemembers Civil Relief Act

SSN:

Birth Date: Aug-XX-1980

Last Name: CALDWELL

First Name: BARRY

Middle Name: PHILIP

Status As Of: Apr-29-2026

Certificate ID: 3FT484VJFP06G6L

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.