1325 Avenue of the Americas, 19th Floor
New York, NY 10019
212.752.8000 212.752.8393 fax

New Jersey
Delaware
Maryland
Texas
Florida
Washington, DC

100 YEARS COLE SCHOTZ P.C.

Wendy Chavez
Associate
Admitted in NY

Reply to New York Office
Writer's Direct Line: 646.563.8943
Writer's E-Mail: WChavez@coleschotz.com

June 11, 2026

**Via Electronic Filing**
The Hon. Robert M. Levy
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Defendants' Request for Extension of Time**
***Cruz et al v. Legacy Contractor NYC LLC et al***
**Civil Action No.: 1:26-cv-00534-RML**

Dear Judge Levy:

This firm was recently retained to represent Defendants Legacy Contractor NYC LLC ("Legacy") and Barry Philip Caldwell ("Caldwell," and together with Legacy, "Defendants") in the above-referenced matter.

On behalf of Defendants, we respectfully request that the Court extend Defendants' time to answer or otherwise respond to the Complaint to **June 19, 2026**, to allow sufficient time to review the Complaint and investigate its allegations. The Complaint is extensive, totaling 62 pages and asserting allegations and claims on behalf of 30 Plaintiffs.

We sought Plaintiffs' counsel's consent to this request. Plaintiffs' counsel advised that Plaintiffs would consent to the requested extension provided that Defendants agree to waive any jurisdictional defenses. Defendants have agreed to that condition. Plaintiffs have also agreed to withdraw the certificate of default as to Legacy and Caldwell.

Defendants Legacy and Caldwell have not previously sought any adjournments or extensions of time. We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Wendy Chavez*

Wendy Chavez