1325 Avenue of the Americas, 19th Floor
New York, NY 10019
212.752.8000 212.752.8393 fax

COLE SCHOTZ P.C.

New Jersey
Delaware
Maryland
Texas
Florida
Washington, DC

Wendy Chavez
Associate
Admitted in NY

Reply to New York Office
Writer's Direct Line: 646.563.8943
Writer's E-Mail: WChavez@coleschotz.com

August 3, 2026

**Via E-Filing**
Honorable Robert M. Levy
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Cruz et al v. Legacy Contractor NYC LLC et al**
**Civil Action No.: 1:26-cv-00534-RML**

Dear Judge Levy:

This firm represents Defendants Legacy Contractor NYC LLC ("Legacy") and Barry Caldwell ("Caldwell" and, together with Legacy, "Defendants") in the above-referenced matter. We submit this letter jointly with Plaintiff's counsel in advance of the initial telephone conference scheduled for August 5, 2026.

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties have met and conferred regarding this case. During those discussions, the parties agreed that they would like to explore the possibility of resolving this matter without further litigation, either through direct settlement discussions or, if later deemed appropriate and mutually agreed upon, through mediation. The parties remain optimistic that a resolution may be reached without the need for costly and protracted discovery or further Court involvement. To facilitate these efforts, the parties have agreed to exchange their initial disclosures by August 14, 2026.

Accordingly, the parties respectfully request that the Court: (i) permit the parties to continue their settlement discussions and submit a joint status report by September 21, 2026; and (ii) defer the submission of the initial conference questionnaire and proposed scheduling order while the parties pursue a potential resolution of this matter.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Wendy Chavez*

CC:

Katelyn Schillaci, Esq.
Helen F. Dalton & Associates
Plaintiffs' counsel
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
P: (718) 263-9591
katelyn@helendalton.com