1325 Avenue of the Americas, 19th Floor
New York, NY 10019
212.752.8000 212.752.8393 fax

New Jersey
Delaware
Maryland
Texas
Florida
Washington, DC

COLE SCHOTZ P.C.

Wendy Chavez
Associate
Admitted in NY

Reply to New York Office
Writer's Direct Line: 646.563.8943
Writer's Direct Fax: 646.563.7943
Writer's E-Mail: WChavez@coleschotz.com

September 15, 2026

**Via E-Filing**
Honorable Robert M. Levy
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Status Report - *Cruz et al v. Legacy Contractor NYC LLC et al*, Case No. 1:26-cv-00534-KAM-RML**

Dear Judge Levy:

My office represents Defendants Legacy Contractor NYC LLC ("Legacy") and Barry Philip Caldwell ("Caldwell," and together with Legacy, "Defendants") in the above-referenced matter. Pursuant to the Court's directive, the parties submit this joint letter to provide a status update regarding ongoing settlement discussions.

The parties have been actively engaging in good faith discussions, and for now, without the assistance of a mediator. We have recently exchanged initial disclosures and continue to make progress toward a potential resolution. In light of this progress, the parties are hopeful that a settlement can be reached without the need for costly discovery or further court intervention.

Accordingly, the parties respectfully request permission to continue these discussions and to submit a further status report by October 12, 2026. We understand that the Court has scheduled the next conference for October 14, 2026 at 3:00 p.m. if the matter is not resolved by then.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Wendy Chavez*

Wendy Chavez

cc: Katelyn Schillaci, Esq. (Plaintiffs' counsel, via email)