# HELEN F. DALTON & ASSOCIATES, P.C.
ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

September 22, 2026

Via ECF:
Hon. Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: ***Cruz et al v. Legacy Contractor NYC LLC et al.***
**Docket No.: 1:26-cv-00534-KAM-RML**

Dear Judge Levy:

Our office represents Plaintiffs in the above-referenced matter, and we submit this letter motion to respectfully request an adjournment of the status conference scheduled for October 14, 2026 at 3:00 p.m. The reason for this request is that the undersigned will be out of office and traveling at the time of the conference and will be unable to attend. The other attorneys from our office are unable to attend.

Counsel for Defendants consents to this request. The parties conferred and are mutually available on October 27th (anytime), October 28th (noon or later), and October 29th (anytime) for a status conference. This is the first request for an adjournment.

We thank the Court for its kind consideration in this matter and remain available to provide any additional information.

Respectfully submitted,

*/s/KatelynSchillaci*
Katelyn Schillaci, Esq.

CC (via ECF):
*Counsel for Defendants*