1325 Avenue of the Americas, 19th Floor
New York, NY 10019
212.752.8000 212.752.8393 fax
New Jersey
Delaware
Maryland
Texas
Florida
Washington, DC

COLE SCHOTZ P.C.

Wendy Chavez
Associate
Admitted in NY

Reply to New York Office
Writer's Direct Line: 646.563.8943
Writer's Direct Fax: 646.563.7943
Writer's E-Mail: WChavez@coleschotz.com

October 12, 2026

**Via E-Filing**
Honorable Robert M. Levy
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Status Report - *Cruz et al. v. Legacy Contractor NYC LLC et al.*, Case No. 1:26-cv-00534-KAM-RML**

Dear Judge Levy:

My office represents Defendants Legacy Contractor NYC LLC ("Legacy") and Barry Philip Caldwell ("Caldwell," and together with Legacy, "Defendants") in the above-referenced matter. Pursuant to the Court's directive, the parties submit this joint letter to provide a status update regarding ongoing settlement discussions.

The parties have been actively engaged in good faith settlement discussions and, at this time, are doing so without the assistance of a mediator. The parties continue to review relevant documents and communications and remain interested in exploring a potential resolution. The parties are hopeful that a resolution can be reached without the need for costly discovery or further court intervention.

Accordingly, the parties respectfully request permission to continue these discussions and to submit a further status report by October 23, 2026. We understand that the Court has scheduled the next conference for October 27, 2026, at 3:00 p.m., during which the parties will provide a further update. We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Wendy Chavez*

Wendy Chavez

cc: Katelyn Schillaci, Esq. (Plaintiffs' counsel, via email)