1325 Avenue of the Americas, 19th Floor
New York, NY 10019
212.752.8000 212.752.8393 fax

New Jersey
Delaware
Maryland
Texas
Florida
Washington, DC

COLE SCHOTZ P.C.

Wendy Chavez
Associate
Admitted in NY

Reply to New York Office
Writer's Direct Line: 646.563.8943
Writer's Direct Fax: 646.563.7943
Writer's E-Mail: WChavez@coleschotz.com

October 23, 2026

**Via E-Filing**
Honorable Robert M. Levy
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Status Report - *Cruz et al. v. Legacy Contractor NYC LLC et al.*, Case No. 1:26-cv-00534-KAM-RML**

Dear Judge Levy:

My office represents Defendants Legacy Contractor NYC LLC ("Legacy") and Barry Philip Caldwell ("Caldwell," and together with Legacy, "Defendants") in the above-referenced matter. Pursuant to the Court's directive, the parties submit this joint letter to provide a status update regarding settlement discussions.

The parties have engaged in good-faith settlement discussions in an effort to explore an early resolution without further Court intervention. Although those discussions were initially productive, they have presently reached an impasse and have not resulted in a resolution of the matter.

Accordingly, the parties will be proceeding with the conference scheduled for October 27, 2026, at 3:00 p.m. Attached hereto as Exhibit A is the Initial Conference Questionnaire, which the parties have jointly completed and respectfully submit in advance of the conference. The parties thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Wendy Chavez*

Wendy Chavez

cc: Katelyn Schillaci, Esq. (Plaintiffs' counsel, via email)

# Exhibit A

# INITIAL CONFERENCE QUESTIONNAIRE

**CASE NAME:** Cruz et al v. Legacy Contractor NYC LLC et al **DOCKET NO.:** 1:26-cv-00534-KAM-RML

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: 11/3/26; Plaintiffs exchanged Rule 26(a)(1) disclosures on 8/14/26
Defendants Legacy Contractor NYC LLC and Barry Caldwell exchanged Rule 26 Initial Disclosures on 9/10/26.

2. If additional interrogatories beyond the 25 permitted under Rule 33(a) of the Federal Rules of Civil Procedure are needed, the maximum number by:
plaintiff(s) n/a and defendant(s) n/a

3. Maximum number of requests for admission by: plaintiff(s) n/a and defendant(s) n/a

4. Number of depositions by plaintiff(s) of parties 2 non-parties none at this time, Plaintiff reserves ther ri request if necessary

5. Number of depositions by defendant(s) of: parties 30 non-parties none at this time, Defendant reserves the right to request if necessary.

6. Time limits for depositions: 7 hours

7. Date for completion of factual discovery: 4/28/27

8. Number of expert witnesses of plaintiff(s): n/a medical n/a non-medical

   Date for expert report(s):

9. Number of expert witnesses of defendant(s): n/a medical n/a non-medical

   Date for expert report(s):

10. Date for completion of expert discovery: n/a

11. Time for amendment of the pleadings by plaintiff(s) 12/11/26 or by defendant(s)

12. Number of proposed additional parties to be joined by plaintiff(s) n/a and by defendant(s) and time for completion of joinder: n/a

13. Types of contemplated dispositive motions: plaintiff(s): none at this time defendant(s): summary judgment motion.

14. Dates for filing contemplated dispositive motions: plaintiff(s):
defendant(s): 5/28/27

15. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference. Parties will discuss and agree to search terms and custodians by 12/15/26

16. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636? (Answer no if any party declines to consent without indicating which party has declined.)

    Yes ___ No No

17. This case should be ordered to arbitration at the close of discovery no__________ (yes/no)

18. This case should be ordered to mediation (now or at a later date) _______(yes/no)
(Prior to the Initial Conference, counsel shall discuss with their clients and their adversaries whether arbitration or mediation is appropriate in this case and be prepared to explain their reasons to the court)

At this time, Defendants have elected not to participate in mediation and the parties will proceed with discovery. Should the parties subsequently determine that mediation would be productive, they will promptly notify the Court prior to the close of discovery.

* The fillable consent form AO 85 may be found at https://www.nyed.uscourts.gov/forms/allforms/general_forms and may be filed electronically upon completion prior to the initial conference, or brought to the initial conference and presented to the Court for processing.